AO 240  (1/94)

FILED

# United States District Court

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF

Bill Harris,

**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**V.**

**Defendant**

CASE NUMBER:   05 2408

I,     Bill Harris     declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above–entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          ☒ Yes          ☐ No          (If "No" go to Part 2)

    If "Yes" state the place of your incarceration   FCC FORREST CITY, AR MEDIUM

    Are you employed at the institution?  Yes  Do you receive any payment from the institution?  Yes

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu-
    tion(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☒ Yes          ☐ No

    a.  If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give the
        name and address of your employer.   UNICOR @ $98/MO

        AT FCC FORREST CITY, AR

    b.  If the answer is "No" state the date of your last employment, the amount of your take–home salary or
        wages and pay period and the name and address of your last employer.

        N/A

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self–employment          ☐ Yes     ☒ No
    b.  Rent payments, interest or dividends                    ☐ Yes     ☒ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes     ☒ No
    d.  Disability or workers compensation payments             ☐ Yes     ☒ No
    e.  Gifts or inheritances                                   ☐ Yes     ☒ No
    f.  Any other sources                                       ☐ Yes     ☒ No

    RECEIVED
    DEC 0 2 2005
    NANCY MAYER WHITTINGTON, CLERK

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and**
    what you expect you will continue to receive.

    NONE

2

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

*None*

I declare under penalty of perjury that the above information is true and correct.

| DATE | SIGNATURE OF APPLICANT |
|------|------------------------|
| 9/27/05 | X _Bill Harris_ |

Bill Harris
08944-063

## CERTIFICATE

(Incorporated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 8,866.65 on account to his/her credit at (name of institution) (FCC) Federal Correctional Complex – Midwest . I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's

average balance was $ 549.04

| DATE | SIGNATURE OF AUTHORIZED OFFICER |
|------|--------------------------------|
| 11/23/2005 | _signature_ |

Authorized by the Act of July 7, 1955, as amended to administer oaths (18 U.S.C. § 4004).

AO 240 (1/94)