## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLY GENE HARRIS** ) <br> No. 06244-062 ) <br> Federal Correctional Complex ) <br> Box 3000 (Medium) ) <br> Forrest City, Arkansas 72336 ) <br> ) <br> ) <br>        Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> **BUREAU OF INDIAN AFFAIRS, and** ) <br> **TRIBAL LAW ENFORCEMENT,** ) <br> **DEPARTMENT OF THE INTERIOR** ) <br> 1849 C St., NW, Mail Stop 5341 ) <br> Washington, D.C.  20240, ) <br> ) <br>   and ) <br> ) <br> **CRIMINAL DIVISION**, ) <br> of the United States Department of ) <br> Justice, ) <br> 950 Pennsylvania Avenue, N.W. ) <br> Washington, D.C.  20530, ) <br> ) <br>   and ) <br> ) <br> **BUREAU OF ALCOHOL, TOBACCO,** ) <br> **FIREARMS & EXPLOSIVES,** ) <br> Department of Justice ) <br> Washington, D.C. 20535 ) <br> ) <br>   and ) <br> ) <br> **FEDERAL BUREAU OF INVESTIGATION** ) <br> J. Edgar Hoover Building ) <br> Washington, D.C. 20535 ) <br> ) <br>   and ) <br> ) <br> **UNITED STATES MARSHALS SERVICE** ) <br> Department of Justice ) <br> Washington, D.C. 20530, ) <br> ) <br>   and ) <br> ) <br> **EXECUTIVE OFFICE FOR UNITED** ) <br> **STATES ATTORNEYS,** United ) <br> States Department of Justice ) <br> 600 E Street, N.W. ) <br> Washington, D.C. 20530 ) <br> ) <br>        Defendants. ) <br> _____ ) | **Civil Action No. 05-2408 (ESH)** <br> **Electronic Case Filing** |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated: January 19, 2006

Annette L. Dennis
Paralegal Assistant

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing **PRAECIPE** in the United States mail, via first class, postage paid, delivery to :

>**BILLY GENE HARRIS**
>No. 06244-062
>Federal Correctional Complex
>Box 3000 (Medium)
>Forrest City, Arkansas 72336

on this 19th day of January, 2006.

/s/
JANE M. LYONS, D.C. BAR #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
202/514-7161