UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BILLY GENE HARRIS,            )
                             )
            Plaintiff,        )
                             )
        v                     )   CASE No. 05-2408   (CKK)(ESH)
                             )
BUREAU OF INDIAN AFFAIRS, et al.,)
                             )
            Defendants.       )

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

NOW COMES, Plaintiff, BILLY GENE HARRIS, Pro Se, a federal prisoner, and respectfully moves this Court to enter partial summary judgement in his favor and against defendants, each and every one of them, as to the issue of exhaustion of remedies only.  In support, he states:

1.   Plaintiff feels there is no genuine issue as to any material fact on the sole issue of exhaustion of the administrative remedies under the FOIA in each of the counts of this suit and as to each and every defendant in this suit.  He believes he is entitled to judgement as a matter of law because there is no dispute as to the issue of exhaustion in each and every count.  Therefore there is no reason for a trial as to whether plaintiff has fully exhausted all administrative remedies.
2.   Plaintiff therefore asks the Court to only look at the law in relation to those facts and then determine if those undisputed facts justify the legal conclusion that plaintiff has fully exhausted all administrative remedies in relation to each count and each defendant in this cause.
3.   In support of this instant motion for partial summary judgement plaintiff submits the attached exhibits No. 1 through No. 26, et al. , and a sworn affidavit of BILLY GENE HARRIS verifying the authenticity of each and every exhibit.  These exhibits and affidavit in support establish the facts that plaintiff relies upon to support his contention that he has fully exhausted all administrative remedies as to each count and to each defendant herein.
4.   Plaintiff therefore asks for partial summary judgement in his favor and against each and every defendant in this suit and as to each and every count, on the issue of exhaustion of administrative remedies only.

WHEREFORE, Plaintiff prays for partial summary judgement as above.

Respectfully Submitted this  10th  day of February, 2006.

                        By X Bill Harris
                        BILLY GENE HARRIS, Pro Se
                        No. 06244-062
                        Federal Correctional Complex
                        Box 3000 (MEDIUM)
                        Forrest City, Arkansas   72336

To: Director

Date: May 7, 2005

Osage Indian Agency

Box 1539

Pawhuska, Oklahoma 74056

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

Need Information showing whether State or Government had jurisdiction over surplus allotment land SW¼-27-25-8 in FEbruary, 1989.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   BILLY GENE HARRIS

DATE OF BIRTH :  March 22, 1944

PLACE OF BIRTH :   Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this   7th day of    May           2005

By  X _Bill Harris_
                    Affiant Herein

(28 USC Section 1746)

Name:   Billy Harris

Reg. No.    06244-062

Box 3000 (MEDIUM)
Federal Correctional Complex
Forrest City, Arkansas 72336



**FOIA APPEAL**

To: Director                        Date: July 11, 2005

Osage Indian Agency                 RE: FOIA to  OIA

Box 1539                            Request No.  none

Pawhuska, Oklahoma  74056           Date of Request:  5/7/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Osage Indian Agency            in conjunction to my request for records.
      (check appropriate box or boxes below)

**X**    The agency has not responded and the time limits within which
      to do so has expired.

\_\_\_\_\_  The agency has claimed that no records could be found and
      I want to appeal that "no records" response.

\_\_\_\_\_  The agency has blanket denied release of records.

\_\_\_\_\_  The agency has released certain records and withheld some
      by claiming certain exemptions.

\_\_\_\_\_  The agency has withheld certain records but has not claimed
      any exemptions or stated any reason for the deletions.

\_\_\_\_\_  The agency has claimed there are no records available or
      they have been destroyed and I believe they have not made
      a sufficient search.

\_\_\_\_\_  The agency has stated records were destroyed but has not
      stated where, how, when and for what reason and by whome
      they were destroyed and under what provision of the law.

\_\_\_\_\_  I believe the agency action or inaction otherwise unjust
      for the following reason :

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,

X  _Bill Harris_

(name)  Bill Harris

(No.)  06244-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
       timely manner will result in civil action suit.

To:    Chief of POlice        Date:   April 30, 2005

Osage Nation Police Department

627 Grandview

Pawhuska, Oklahoma   74056

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   BILLY GENE HARRIS

DATE OF BIRTH :   March 22, 1944

PLACE OF BIRTH :   Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this   30th   day of   April     2005

By   X

Affiant Herein

(28 USC Section 1746)

Name:   BILL HARRIS

Reg. No.   06244-062

3

**FOIA APPEAL**

To: Chief of Police         Date: July 11, 2005

Osage Nation Police Department

627 Grandview         RE: FOIA to   Osage PD

Pawhuska, Oklahoma 74056    Request No.   none

                         Date of Request: 4/30/05

Dear Sir:

     This is an appeal under the Freedom of Information Act.
     Please review the action or inaction of the following agency:
Osage Nation PD _____ in conjunction to my request for records.
         (check appropriate box or boxes below)

   X    The agency has not responded and the time limits within which
        to do so has expired.

_____ The agency has claimed that no records could be found and
        I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some
        by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.

_____ The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

_____

     Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
     The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                 Sincerely,
                 X _Bill Harris_
                 (name)   Bill Harris
                 (No.)     06244-062
                 Federal Correctional Complex
                 Box 3000 (MEDIUM)
                 Forrest City, Arkansas 72336

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.

To: Brian Pogue, Director  **FOIA REQUEST**                    November 18, 2005
                                              Date: _____
Bureau of Indian Affairs
United States Department of the Interior
Washington, D. C. 20240
_____

Dear Sir:

    This is a request under the Freedom of Information Act.
    I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:
I request all records in any way connected to each and every

FOIA request or letter sent by me and those you sent to me, including

all records in any way connected to the land I inquired about.
_____

     I will pay reasonable search and reproduction fees.
       My Biographical data is as follows:

FULL NAME:  BILLY GENE HARRIS
_____
DATE OF BIRTH  March 22, 1944
_____
PLACE OF BIRTH  Okemah, Oklahoma USA
_____
SOCIAL SECURITY NUMBER  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
_____

    I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this ___18th___ day of _____November_____, 2005.

                              By X _____
                                    Affiant/Declarant Herein
(28 USC Section 1746)

Name: _BILL HARRIS_____

Reg. No. __06244-062_____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas
                              72336

cc : file                    4(A)



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Washington, D.C. 20240



IN REPLY REFER TO:
Real Estate Services

JUL - 8 1999

Mr. Bill Harris
P.O. Box 7000
06244-062 USP HIGH
Florence, Colorado 81226

Dear Mr. Harris:

Thank you for your letter dated June 13, 1999. You requested assistance in locating documentation regarding property in Osage County, Pawhuska, Oklahoma.

The Bureau of Indian Affairs Office in Washington, D.C. does not maintain records regarding transactions involving lands in Osage County, Oklahoma. We are forwarding your request to the Bureau of Indian Affairs, Muskogee Area Office, Area Director, 101 North Fifth Street, Muskogee, Oklahoma 74401-6206, asking that office to reply to you. The Muskogee Area Office has administrative jurisdiction regarding transactions involving lands in this portion of Oklahoma. You should expect a response from them in approximately 4 to 6 weeks. Please do not hesitate to contact us if you have any further questions.

Sincerely,

Terrance L. Virden

Director, Office of Trust Responsibilities

4(B)



# United States Department of the Interior

## BUREAU OF INDIAN AFFAIRS
Muskogee Area Office
101 N. 5th Street
Muskogee, Ok 74401-6206

IN REPLY REFER TO:

Trust Services
Real Estate Services

JUL 2 1 1999

Mr. Bill Harris
P. O. Box 7000
06244-062 USP HIGH
Florence, Colorado 81226

Dear Mr. Harris:

Your letter of June 13, 1999, to our Washington Office regarding jurisdiction on property in Osage County has been referred to this office for response.

Restricted properties in Osage County, Oklahoma, are under the administrative jurisdiction of the Superintendent, Osage Agency. We are, therefore, forwarding your letter to Ms. De Sloan, Acting Superintendent, P. O. Box 1539, Pawhuska, Oklahoma 74056. Ms. Sloan may also be reached at (918) 287-1032.

If you have any questions, please contact Ms. Sloan, or our Real Estate Services Office at (918) 687-2217.

Sincerely,

Acting Area Director

4(cc)

August 30, 99

Dear Ms Sloan

I'm writing in regards to a letter that was forwarded to you from the Bureau of indian affairs, Muskogee, Okla. on July 21.

I'd like to know if you are going to answer my letter?

As you can see all case law, Deeds and responses i have says that the property was not restricted property in Feb, 1989.

All i'm asking for is something in writing that says the property was not restricted land in Feb. 1989.

Evidently you or nobody else knows or it wouldn't take five weeks to answer one question.

Bill Harris

4(d)

July 12, 04

Sec Dept. of the interior
1849 C Street N.W.
Washington D.C.
20240

Sir

I'm attempting to find out if the State
of Ok had jurisdiction over indian allotment
land SW4-27-25-8, Osage County, Pawhuska Ok
in 1989.

I'm sending copies of what paper work
I have on this property.

The Osage indian agency in Pawhuska
Ok will not answer my letters.

Any information you can send me
will be appreciated.

Bill Harris 06244-062
Box 5000
Oakdale, LA
71463

4(e)



# United States Department of the Interior

### BUREAU OF INDIAN AFFAIRS
#### Washington, D.C. 20240

**AUG 1 1 2004**

IN REPLY REFER TO:

Real Estate Services
BCCO 05043

Mr. Bill Harris
06244-062
Box 5000
Federal Correctional Institution
Oakdale, Louisiana 71463

Dear Mr. Harris:

Thank you for your letter of July 12, 2004, to Secretary Norton expressing your concern in obtaining information for a tract of land located on the Osage Reservation in Oklahoma. Your letter was referred to this office for a reply. We apologize for the delay in our reply.

The Bureau of Indian Affairs in Washington, D.C., does not maintain the records on land status in this location of the United States. For this reason, we are forwarding your letter to the Regional Director, Eastern Oklahoma Region, Bureau of Indian Affairs, P.O. Box 8002, Muskogee, Oklahoma 74401, and instructing that office to provide a direct response to you because it has the administrative responsibility and jurisdiction within this part of the country.

Please do not hesitate to contact us if you have any further questions.

Sincerely,

Acting Director, Bureau of Indian Affairs

4 (f)

Nov 6, 05

Sec of the interior
Dept. of the interior
1849 E Street N.W.
Washington D.C.

Sir

I'm attempting to get something in writing from you saying that Allotment land SW4-27-25-8 was under State of OK. jurisdiction in 1989.

The letter from the Director of the B.I.A. enclosed is no good because it does not give the description of the land or say it was under the State of OK, jurisdiction in 1989.

Enclosed is the case law, and paper work I have on the property in Osage County Pawhuska Ok.

The Osage Agency there has said you don't run anything, and will not answer my questions or letters.

Any help you can give me will be appreciated.

4(2)

Bill Harris
06244-062
F.C.C. Medium
Box 3000
Forrest City AR.   72336

Brian Pogue                                    Nov 27, 05
Director B.I.A.
1849 N.W. C. Street
Washington, DC
          20240
                    Sir


      On Nov. 7, 05 I wrote a letter to the Sec.
Dept. of the interior with a copy of the Abstract
title and a letter from the Ok. Historical Society on
Allotment land SW ¼-27-25-8, Osage County, Pawhuska
Ok.
      The Ok. Historical Society says there is (NO)
indian title on SW ¼-27-25-8.
      The Abstract title says SW ¼-27-25-8 was conveyed
through a will, and ordered (sold) with approval
of the Sec. of the interior in 1925 placing the land
outside of the family chain of title.
      Without the indian title this land is not
indian country.
      I'm asking for something in writing that
says SW ¼-27-25-8 was under the State of Oklahoma
(Jurisdiction) in 1989.
      Any help you can give me in this matter
will be appreciated.
                              Bill Harris


                    4 (h)

 **United States Department of the Interior** 

OFFICE OF THE SECRETARY
Washington, DC 20240

DEC 16 2005

Mr. Bill Harris
Reg. No. 06244-062
Federal Correctional Complex-Med.
P. O. Box 3000
Forrest City, Arkansas 72336

Re: FOIA Control 06948

Dear Mr. Harris:

This is in response to your Freedom of Information Act (FOIA) request, dated November 28, 2005, for copies of all records and information under agency control pertaining to you or your request for information.

In accordance with the Department's FOIA regulations (43 CFR 2.8(a)), a FOIA requester must describe the records in sufficient detail to enable an employee familiar with the subject area of the request to locate the responsive records with a reasonable amount of effort. Your request does not meet this requirement. Because of the broad and general nature of your request, we are unable to identify which records are being sought.

Please be as specific as possible concerning the type of documents you are requesting. If you know, please include the date, title or name, author, recipient, and subject matter of the records you are seeking. Additionally, please identify the geographical location and timeframe for which you are seeking records. It is unclear whether your request covers only records in the bureau's headquarters or in its field offices as well.

We will not proceed further with your request until we receive additional clarification from you. In accordance with our regulations (43 C.F.R. 2.8(a)(3)), if we do not hear from you within 20 workdays of the date of this letter, we will assume you are no longer interested in this matter and will close the file on your request.

Please provide any additional clarification and information to:

> FOIA Officer
> Office of Information Policy
> 625 Herndon Parkway
> Herndon, Virginia 20170



4(i)

If you have any questions, please contact our office at (703) 735-4415 and cite the FOIA Control number above.

Sincerely,

*Willie S. Chism*

FOIA Officer
Office of Information Policy

4 (ż)

Dec 17, 05

Sec. of the Interior
Dept of the Interior
1849 C Street N.W.
Washington D.C
          20240

                    Sir

      I'm writing in regards to a letter, and paper
work I sent you Nov 6, 05 asking for something in
writing saying that SW¼-27-25-8, Osage County
Pawhuska, OK was under the State of Oklahoma
(Jurisdiction) in 1989.
      The Director already said it was in a round
about way.
      The Ok. Historical society said there was no
"indian title" on this land so it is not "indian
country".
      I would like to know if you plan to
respond to my letter?

                    Bill Harris 06244-062
                    Box 3000
                    F.C.C. Medium
                    Forest City, AR.
                         72336


                    4(K)

FOIA Officer
Office of Information Policy
625 Herndon Parkway
Herndon Virginia 20170                    Dec 22, 05

                    Sir

        I'm writing in regards to your letter of
Dec 16, 05. FOIA Control 06948.
        I need a copy of a letter dated July 12, 04
written to the Sec Dept of the interior, and responded
to by Brian Pogue Director of the S.I.A. on Oct 13, 04
and I need a copy of Brian Pogue response also.
        I need copies of letters, and the response to these
letters written on Nov 16, 05, Dec 17, 05 to the Sec.
of the interior.
        I need a copy of a letter written to Brian Pogue
Director of the S.I.A., and his response wrote Nov 27 05.
        I need this information as soon as possible.


                    Thanks
                    Bill Harris # 06244-062
                    Box 3000
                    F.C.C. Medium
                    Forrest City, AR
                                72336




                    4(l)

FOIA office                                         Jan 22, 06
office of information Policy
625 Herndon Parkway
Herndon Virginia
            20170


    Re: FOIA control # 06948


        Sir


            One month ago I responded to your
letter of Dec. 16, 05 trying to find out if the
State of Oklahoma had jurisdiction over SW$\frac{1}{4}$-
27-25-8, in 1989. This property is in Osage
County, Pawhuska, Oklahoma.
            I've sent case law, a copy of the Abstract
title, and other information to Brian Pogue
Director of the B.I.A., and to the Sec. of the Dept.
of the interior. Brian Pogue did state this land
was under the State of Oklahoma jurisdiction
but didn't say in 1989, in a letter dated Oct 13
04. I've wrote several letters on this issue, and
did not receive a response that's why I filed a
FOIA.
            All in asking you is something in
writing that says SW$\frac{1}{4}$-27-25-8 was under the
State of Oklahoma jurisdiction in 1989. Since



they have copies of everything I have it should not take a month to answer my question.

The Osage indian Agency in Pawhuska Ok. has been holding back this information for 16 years now. I have filed a Civil Action on them.

Any help you can give me will be appriciated.

Bill Harris 06244-062
Box 3000
F.C.C.
Forest City, AR
72336

4(m)

To: Thomas McIntyre, Chief
FOIA/PA Unit, CRIMINAL DIVISION
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D. C.  20530

Date: _____

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
ALL RECORDS AND ALL COMPONENTS (Please send me your forms)

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    BILLY GENE HARRIS

DATE OF BIRTH :    March 22, 1944

PLACE OF BIRTH :    Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  30th day of   April   , 2005   .

By    X _____
                    Affiant Herein

(28 USC Section 1746)

Name:    BILL HARRIS

Reg. No.    06244-062

5

**FOIA APPEAL**

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C. 20530

Date: August 5, 2005

RE: FOIA to Crim Div USDOJ

Request No. none

Date of Request: 4/30/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

CRIMINAL DIVISION USDOJ         in conjunction to my request for records.
(check appropriate box or boxes below)

__X__   The agency has not responded and the time limits within which
to do so has expired.

_____   The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____   The agency has blanket denied release of records.

_____   The agency has released certain records and withheld some
by claiming certain exemptions.

_____   The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____   The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____   The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

__X__   I believe the agency action or inaction otherwise unjust
for the following reason :

Violation of FOIA time limits.

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                          Sincerely,
                          X

                          (name)   Bill Harris
                          (No.)    06244-062
                          Federal Correctional Complex
                          Box 3000 (MEDIUM)
                          Forrest City, Arkansas 72336



cc: file

NOTICE:   Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.

To: Director                                                Date:    May 7, 2005

Bureau of Alcohol, Tobacco, Firearms & Explosives

Department of Justice

Washington, D. C.    20226

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

Firearms were used in a double murder I have been convicted

of in Oklahoma in 1989, in Pawhuska, OK.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME  BILLY GENE HARRIS

DATE OF BIRTH :  March 22, 1944

PLACE OF BIRTH :  Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___7th___ day of ___May___, ___2005___.

                                        By    X  _Bill Harris_ ©
                                              Affiant Herein

(28 USC Section 1746)

Name:  Billy Harris

Reg. No.  06244-062

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

7

To: Co-Director

**FOIA APPEAL**

Date: September 20, 2005

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.  20530

RE: FOIA to ___ATF&E___

Request No. ___none___

Date of Request: __5/7/05__

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
BATF&E
_____ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__   The agency has not responded and the time limits within which
        to do so has expired.
_____   The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
_____   The agency has blanket denied release of records.

_____   The agency has released certain records and withheld some
        by claiming certain exemptions.
_____   The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____   The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____   The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
_____   I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                            Sincerely,
                            X _____
                            (name)   Billy Harris
                            (No.)   06244-062
                            Federal Correctional Complex
                            Box 3000 (MEDIUM)
                            Forrest City, Arkansas 72336

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

OCT 1 4 2005

Mr. Billy Harris
Register No. 06244-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR  72336

Dear Mr. Harris:

This responds to your letter dated September 20, 2005, in which you sought to appeal from the failure of the Bureau of Alcohol, Tobacco, Firearms and Explosives to respond to your request for access to records under the Freedom of Information Act.

A member of my staff has been advised by the ATF that it has no record of receiving a request from you. Accordingly, by copy of this letter, we are referring your letter to the ATF for processing and direct response to you.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

PAJ:CIH

cc:    Bureau of Alcohol, Tobacco, Firearms and Explosives
       Averill Graham, Chief, Disclosure Division
       8th Floor
       650 Massachusetts Avenue NW.
       Washington, DC  20226

9

To: Director                                            Date: April 30, 2005

Federal Bureau of Investigation

J. Edgar Hoover Building

Washington, D. C.  20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    BILLY GENE HARRIS

DATE OF BIRTH :  March 22, 1944

PLACE OF BIRTH :  Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 30th day of April            2005

                                    By   X _____
                                            Affiant Herein
(28 USC Section 1746)

Name:   BILL HARRIS

Reg. No.   06244-062

(10)

To: Special Agent In Charge

Date: April 30, 2005

Federal Bureau of Investigation

3301 W. Memorial

Oklahoma City, Oklahoma   73134

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   BILLY GENE HARRIS

DATE OF BIRTH :   March 22, 1944

PLACE OF BIRTH :   Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  30th day of        April      ,      2005

By   X _____

                                    Affiant Herein

(28 USC Section 1746)

Name:   BILL HARRIS

Reg. No.   06244-062





U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 16, 2005

MR BILLY GENE HARRIS
**06244-062
BOX 3000 (MEDIUM)
FORREST CITY, AR 72336

Request No.: 1020594- 000
Subject: HARRIS, BILLY GENE

Dear Mr. Harris:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Oklahoma City Field Office.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.( For your convenience, the reverse side of this letter contains a form which may be used for this purpose.) *Didn't get a form*

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

To: Co-Director      **FOIA APPEAL**      Date: July 26, 2005

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C. 20530

RE: FOIA to    FBI

Request No. 1020594-000

Date of Request: 4/30/05

Dear Sir:

     This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

FBI Ok City, OK & Headquarters in conjunction to my request for records.
         (check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

___X___ I believe the agency action or inaction otherwise unjust for the following reason :

FBI has violated the FOIA time limits and has unreasonably delayed

the processing of my requests.

     Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
     The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name) Billy Harris

(No.) 06244-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336



cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

AUG 1 5 2005

Mr. Billy Harris
Register No. 06244-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR  72336

     Re:  Request No. 1020594

Dear Mr. Harris:

     This responds to your letter dated July 26, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

     I have notified the FBI of your communication. It is my understanding that the FBI is still processing your request. Although the Act authorizes you to treat the failure of the FBI to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the FBI. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the FBI completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the FBI's substantive action on your request.

     In the event that the FBI still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                Sincerely,

                Richard L. Huff
                Co-Director

RLH:PAJ:CIH



To: _Director_____

Date: April 30, 2005

United States Marshals Service

Department of Justice

Washington, D. C.  20530

*2005 USMS 8605*

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
Tulsa Oklahoma District only

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME  BILLY GENE HARRIS

DATE OF BIRTH : March 22, 1944

PLACE OF BIRTH : Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 30th day of April 2005.

By X _Bill Harris_____
Affiant Herein

(28 USC Section 1746)

Name: BILL HARRIS

Reg. No. 06244-062

(15)

**FOIA APPEAL**

To: "Co-Director                                    Date: ___July 11, 2005___

Office of Information & Privacy          RE: FOIA to ___USMS___

Department of Justice                         Request No. ___none___

FLAG BUILDING, Suite 570                Date of Request: _4/30/05_

Washington, D. C.  20530

Dear Sir:

     This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

US Marshals _____ in conjunction to my request for records.
(check appropriate box or boxes below)

  X     The agency has not responded and the time limits within which
        to do so has expired.

_____  The agency has claimed that no records could be found and
        I want to appeal that "no records" response.

_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some
        by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.

_____  The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.

_____  The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.

_____  I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

_____

     Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
     The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                      Sincerely,

X _Bill Harris_

(name)  Bill Harris

(No.)  06244-062

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

16

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUL 2 8 2005

Mr. Bill Harris
Register No. 06244-062
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR  72336

Dear Mr. Harris:

    This responds to your letter dated July 11, 2005, in which you are attempting to appeal from the failure of the United States Marshals Service to respond to your request for access to records.

    A member of my staff has been advised by the USMS that it has no record of receiving a request from you. Accordingly, by copy of this letter, we are referring your letter to the FBI for processing and direct response to you. Once the USMS takes action on your request, if you are dissatisfied, you may appeal again to this Office.

                            Sincerely,

                            Priscilla Jones
                            Chief, Administrative Staff

PAJ:CIH

cc:    United States Marshals Service
        FOIA/PA Unit
        CS3, 12th Floor
        Washington, DC  20530-0001





**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

July 29, 2005

Bill Harris
06244-062
Federal Correctional Complex
PO Box 3000
Forrest City, AR 72336

     **RE:   Freedom of Information/Privacy Act Request No. 2005USMS8605
     Subject: Self**

Dear Requester:

     Reference is made to your above-captioned request.

     In order for the United States Marshals Service to address your request, it is necessary for you to provide the following prerequisite element(s) as indicated:

     [X] **Verification of identity.** You may establish your identity by completing the enclosed Certification of Identity Form, DOJ-361, or by furnishing your identifying data and signature by declaration under penalty of perjury. <u>See</u> 28 U.S.C. 1746.

     [] ~~Authorization to disclose records or proof of death.~~ A written release from the subject of the requested records which includes the subject's identifying data, authorizing the USMS to disclose to you information pertaining to that individual, if any such information is maintained by the USMS. A Certification of Identity Form, DOJ-361, may be used for this purpose or a declaration by the subject signed under penalty of perjury. If the subject is deceased, you must furnish a death certificate or obituary which confirms the death.

     [X] **Identification of judicial district(s).** Identify the USMS district office(s) or city(ies) in which you have reason to believe documents responsive to your request may exist so we may conduct an adequate search.



**Please return the required information to the FOI/PA, Office of General Counsel, CS-3, 12th Floor, U.S. Marshals Service, Washington, D.C. 20530-1000.** We will acknowledge your request upon receipt in this office and correspond with you again, accordingly.

Sincerely,

William E. Bordley
Associate General
Counsel/FOIPA Officer
Office of General Counsel

Enclosure

19

**U.S. Department of Justice**

## Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _Billy Gene Harris_

Citizenship Status [2]  _USA_   Social Security Number [3]  _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_

Current Address  _Box 3000 (Medium) Forrest City, Arkansas 72336_

Date of Birth  _Okemah, Oklahoma_   Place of Birth  _3/22/1944_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _Billy Harris_   Date  _9/22/05_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

20

FORM DOJ-361
APR.01

To: Co-Director                    **FOIA APPEAL**            Date: September 26, 2005
Office of Information & Privacy
Department of Justice                            RE: FOIA to      USMS
FLAG BUILDING, Suite 570                         Request No.  2005USMS8605
Washington, D. C.   20530                        Date of Request:   4/30/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

        USMS              in conjunction to my request for records.
        (check appropriate box or boxes below)

_____  The agency has not responded and the time limits within which
        to do so has expired.
_____  The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some
        by claiming certain exemptions.
_____  The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____  The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____  The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
  X    I believe the agency action or inaction otherwise unjust
Violations of statutory requirements to process my request.

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                      Sincerely,
                      X

                  (name)    Bill Harris
                  (No.)     06244-062
                  Federal Correctional Complex
                  Box 3000 (MEDIUM)
                  Forrest City, Arkansas 72336

            (21)

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

_____

*Washington, DC 20530-1000*

SEP 3 0 2005

Bill Harris
Reg. No. 06244-062
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AR  72336

     Re:    **Freedom of Information/Privacy Act Request No. 2005USMS8784
        Subject of Request:  Self**

Dear Mr. Harris:

     The United States Marshals Service is in receipt of your Freedom of Information/Privacy Act request for records maintained by this Bureau.  We have commenced a search for documents responsive to your request in the Northern District of Oklahoma and will contact you when our processing is complete.

     Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R. § 16.11 or § 16.49, up to $25.00.  You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

     Sincerely,

     Margaret Woods

     **WILLIAM E. BORDLEY**
     Associate General Counsel/FOIPA Officer
     Office of General Counsel

22

To: Director                                        Date: April 29, 2005

Executive Office for United States Attorneys
600 E. Street, NW

Washington, D. C.  20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All records in any way related to the prosecution of my person in the federal courts in Tulsa, Oklahoma.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME  BILLY GENE HARRIS

DATE OF BIRTH :  March 22, 1944

PLACE OF BIRTH :  Okemah, Oklahoma USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  29th day of April                  , 2005

By   X  _Bill Harris_
                                              Affiant Herein

(28 USC Section 1746)

Name:  BILL HARRIS

Reg. No.  06244-062

23



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JUN – 6 2005

Request Number: 05-1495          Requester:  Billy G. Harris

Subject:  Self

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request.  It has been assigned the above number. Please give us this number if you write about your request.  If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request).  Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process.  Requests for "all information about myself in criminal case files" are usually Project Requests.  If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver.  Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you.  Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free.  Please do not send any payment at this time!  If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees.  After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you.  Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

24

Form No. 001 -6/05

**FOIA APPEAL**

To:  Co-Director                                    Date: August 4, 2005

Office of Information & Privacy
Department of Justice                   RE: FOIA to   EOUSA
FLAG BUILDING, Suite 570                Request No. 05-1495
Washington, D. C. 20530                 Date of Request: 4/29/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

_____ EOUSA _____ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__  The agency has not responded and the time limits within which
    to do so has expired.
_____  The agency has claimed that no records could be found and
    I want to appeal that "no records" response.
_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some
    by claiming certain exemptions.
_____  The agency has withheld certain records but has not claimed
    any exemptions or stated any reason for the deletions.
_____  The agency has claimed there are no records available or
    they have been destroyed and I believe they have not made
    a sufficient search.
_____  The agency has stated records were destroyed but has not
    stated where, how, when and for what reason and by whome
    they were destroyed and under what provision of the law.
__X__  I believe the agency action or inaction otherwise unjust
    for the following reason :
Violations of the time limits of the FOIA within which to

process my request.

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,
X
(name)  Billy G Harris
(No.)   06244-062
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

25

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642* *Washington, D.C. 20530*

AUG 2 2 2005

Mr. Billy G. Harris
Register No. 06244-062
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR 72336

Re: Request No. 05-1495

Dear Mr. Harris:

This responds to your letter dated August 4, 2005, in which you sought to appeal from the failure of the Executive Office for United States Attorneys to respond to your request for access to records.

I have notified the EOUSA of your communication. It is my understanding that the EOUSA is still processing your request. Although the Act authorizes you to treat the failure of the EOUSA to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the EOUSA. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the EOUSA completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the EOUSA's substantive action on your request.

In the event that the EOUSA still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

Sincerely,

Richard L. Huff
Co-Director

26

RLH:PAJ:CIH

## CERTIFICATE OF SERVICE

I, BILLY GENE HARRIS, after having been duly sworn and under oath, hereby depose and state as follows:

That on this day I mailed a copy of this MOTION FOR PARTIAL SUMMARY JUDGEMENT with attached exhibits No. 1 through No. 26, et al., and the affidavit of BILLY GEBE HARRIS, to the United States Attorney at 555 4th Street, NW., in Washington, D. C.  20530.

Executed this 10th day of February, 2006.

By X _Bill Harris_
Billy Gene Harris, Affiant

(28 USC § 1746)