UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY GENE HARRIS,           ) | |
| )| |
| Plaintiff,           ) | |
| ) | Civil Action No.  05-2408 (ESH) |
| v.           ) | |
| ) | |
| BUREAU OF INDIAN AFFAIRS, et al.,           ) | |
| ) | |
| Defendants.           ) | |

**ORDER**

UPON CONSIDERATION of the defendants' motion for enlargement of time, any opposition thereto, and the entire record in this matter, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall have through and including March 23, 2006 to answer or otherwise respond to the complaint and to file an opposition to plaintiff's motion for partial summary judgment [Docket Entry No. 12].

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

**Copies to:**
**By Electronic Case Filing**
Jane M. Lyons, Assistant United States Attorney
jane.lyons@usdoj.gov

**By U.S. Mail**
**BILLY GENE HARRIS**
Reg. No. 06244-062
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas 72336