UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Billy G. Harris, | ) |
|     Plaintiff, | ) |
| v. | )  Case Number. 05-2408 ESH |
| United States Department of Defense, et al., | ) |
|     Defendant. | ) |

DECLARATION OF AVERILL P. GRAHAM,
CHIEF, DISCLOSURE DIVISION,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Averill P. Graham, do hereby depose and say:

1. I am the Chief, Disclosure Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice. In this capacity, I receive all requests made of ATF under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C. § 552a. I am responsible for processing all FOIA and PA requests, initiating searches relevant to such requests, supervising the determination of what records should be disclosed, processing all ATF documents referred to ATF and other agencies, and recording all administrative appeals filed with ATF.

2. I declare that the statements made in this declaration are on the basis of knowledge acquired by me in the performance of my official duties.

3. Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to a FOIA request.

4. I am familiar with the current lawsuit filed by Mr. Harris.

5. Pursuant to Department of Justice regulation 20 CFR §16.41, any correspondence in which a petitioner requests records pertaining to himself or herself would be received by me as the Chief, Disclosure Division. When a FOIA request is received by the Disclosure Division the FOIA requestors name is entered into an Access database utilized solely by the Disclosure Division for tracking purposes. Each fiscal year a new Access database is created and maintained.

6. I have been informed that upon receipt of the Complaint in this matter, an attorney in ATF's Office of Chief Counsel contacted my office and ordered a search of all FOIA requests over the last five years. A query of each Access database, utilizing Mr. Harris's name, resulted in no records found. Every FOIA request received by the Disclosure Division over the last five years is identified in these databases. As such, ATF has no record of any correspondence from Mr. Harris regarding any FOIA or PA request.

7. In his Complaint, Mr. Harris provides that he made an appeal to the Department of Justice's Office of Information and Privacy (OIP) on September 20, 2005, and by letter dated October 14, 2005, OIP responded, informing Mr. Harris that ATF has no record of ever receiving a FOIA request from him. By same letter, OIP advised Mr. Harris that his request would be referred to ATF for processing and direct response. However, a check of the Disclosure Division's FOIA databases, the same databases referred to in ¶6 and which also include all referrals, by Mr. Harris's name indicate that OIP's October 14, 2005, letter was never received by ATF. Upon receipt of the Complaint ATF's Office of Chief Counsel instructed my office to contact OIP regarding the aforementioned letter. On January 11, 2006, the Disclosure Division received a copy of OIP's October 14, 2005, letter for the first time.

8.      Upon receipt of the October 14, 2005, letter and Mr. Harris's underlying FOIA request ATF's Disclosure Division executed an independent and thorough search for all responsive materials. All indices and file systems, including TECS, that would contain information pertaining to plaintiff were reasonably searched.

9.      The first step that was taken in conducting the search was to query the Treasury Enforcement Communications System (TECS).[1]  TECS is a text-based database, owned by the Bureau of Customs and Border Protection, Department of Homeland Security, which contains information that may be of interest to law enforcement agencies. TECS is a computerized information system designed to identify individuals and businesses suspected of or involved in violation of federal law. TECS is also a communications system permitting message transmittal between Federal law enforcement offices and other international, state, and local law enforcement agencies. TECS provides access to the FBI's National Crime Information Center (NCIC) and the National Law Enforcement Telecommunication Systems (NLETS) with the capability of communicating directly with state and local enforcement agencies. ATF uses TECS to locate records within the Department of Justice's Privacy Act system of records entitled "Criminal Investigation Report System."

10.     ATF records located within TECS include: wanted persons and fugitives; known and suspected violators of laws falling within the jurisdiction of ATF; felons and dishonorably discharged veterans who have requested relief to own firearms and/or explosives under the Gun Control Act of 1968; violent felons; and gangs and terrorists. The TECS system contains seven record subsections: People, Businesses, Aircraft, Firearms, Vehicles, Vessels, and Things. Bureau-wide, ATF performs an average of 130,000 queries per month against records in the

---

[1] The TECS database is utilized by ATF to locate records within our Criminal Investigation Report System of Records.  See 68 Fed. Reg. 3553.

following subsections: People, Businesses, Firearms, and Vehicles. These queries reveal ATF Investigation numbers that correspond to a specific field division where any files would be located. Accordingly, because the TECS database contains the names of the individuals ATF has investigated; it was the place most likely to locate responsive records.

11. By searching under Mr. Harris's full name, all records related to plaintiff were determined to be located in ATF's Dallas Field Division and retrievable under Criminal Investigation Number 781040-04-0015. This is the only ATF file associated with plaintiff's name in the TECS database. Pursuant to a request from the Disclosure Division, ATF's Dallas Field Division undertook a search that located all criminal case files within their office that were retrievable by the plaintiff's full name and Criminal Investigation Number 781040-04-0015.

12. The responsive records are specifically located in the Dallas Field Division, Fort Worth Field Office. I have been advised that the case is still an ongoing, active criminal investigation, and as such the case file needs to remain in Forth Worth. Upon an extensive review undertaken by Dallas Field Division personnel, and by the Special Agent conducting the investigation, I have been advised that Mr. Harris is mentioned in the approximately seventeen of the eighty-five Reports of Investigation associated with Criminal Investigation Number 781040-04-0015. These reports, along with any other documents mentioning Mr. Harris, are being copied at the Dallas Field Division and will be sent to the Disclosure Division by March 31, 2006. Upon receipt of the documents, a member of my staff will review the documents and provide a response within ten working days. We do not anticipate any search or copy fees will apply in this case.

13. By letter dated March 23, 2006, the Disclosure Division informed Mr. Harris that his request was being processed and would be he would receive a response within twenty working days. A copy of the March 23, 2006, letter is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of March, 2006.

*Averill P. Graham* (signature)
Averill P. Graham
Chief, Disclosure Division



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

Washington, DC 20226

www.atf.gov

MAR 2 3 2006

REFER TO: 100060

Billy Harris
Reg. No. 06422-062
Federal Correctional Center
P.O. Box 3000
Forrest City, AR 72336

Dear Mr. Harris:

This is to acknowledge that pursuant to ongoing litigation with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), we are conducting a search for records related to your Freedom of Information Act (FOIA) request.

You can expect to receive a response within twenty working days from today.

Sincerely,

Peter J. Chisholm
Senior Disclosure Specialist

**EXHIBIT A**