UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY GENE HARRIS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>BUREAU OF INDIAN AFFAIRS, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-2408 (ESH) |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The defendants, identified in the Complaint as the Bureau of Indian Affairs and Tribal Law Enforcement of the United States Department of Interior, the Criminal Division of the United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the Federal Bureau of Investigation, the U.S. Marshals Service, and the Executive Office for United States Attorneys, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time further to file their motion for summary judgment and opposition to Plaintiff's Motion for Partial Summary Judgment in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Defendants' counsel is in the process of preparing a single submission addressing all of the claims in the Complaint and plaintiff's arguably premature motion. Because all of the necessary materials for supporting this brief are not yet available to counsel, defendants respectfully request that the deadline for filing it be extended through July 7, 2006. This is the defendants' fifth request for

an enlargement of time to respond to the complaint, and no scheduling order has been entered in this case. The grounds for this motion are set forth below.

As described in defendants' previous motions seeking additional time to respond, plaintiff alleges that he has made several requests under the FOIA to various entities in April and May, 2005 relating to a piece of land and himself. Many of the records relate to law enforcement investigations and prosecution of plaintiff for murder. See United States v. Billy Gene Harris, 198 F.3d 259 (10th Cir. 1999) (affirming denial of relief under 28 U.S.C. § 2255 and summarizing the history of plaintiff's criminal case); United States v. Billy Gene Harris, 956 F.2d 279 (10th Cir. 1992) (table) (affirming conviction but reversing the entry of a restitution order) (text of the decision is available at 1992 WL 33210). In this case, plaintiff alleges that although some of his requests have been acknowledged, he has not received timely responses under the FOIA. See generally Complaint. Plaintiff seeks declaratory relief, access to the records, sanctions, including punitive damages, and fees. See Complaint, page 4. The records involved span multiple government agencies and, at least in some cases, must be located amidst voluminous records of larger investigations.

Undersigned counsel continues to work diligently with the multiple entities[1] involved in this case to obtain the remaining information needed to support a comprehensive dispositive motion. Since the Court last extended the deadline, the Federal Bureau of Investigation ("FBI"), the Executive Office for United States Attorneys ("EOUSA"), and the Bureau of Prisons

---

[1] These include the Federal Bureau of Investigation; the Criminal Division of the U.S. Department of Justice; the Executive Office for United States Attorneys; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the United States Marshals Service ("USMS"); and the Department of Interior ("DOI"). The Criminal Division, USMS, and DOI have previously supplied declarations concerning their treatment of plaintiff's FOIA requests and/or referrals.

("BOP") have completed their respective declarations, but the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has not yet completed processing of plaintiff's request as quickly it anticipated. ATF continues to make progress processing the documents for release to plaintiff in response to the request it only belatedly became aware of after this litigation commenced. Undersigned counsel is informed that ATF now expects to complete its processing and release documents to plaintiff during the week of June 5, 2006. Once that release is made, ATF personnel will need some additional time to create an appropriate declaration and <u>Vaughn</u> index to support ATF's treatment of the FOIA request. Undersigned counsel is also still working with personnel from the Department of Interior to verify that all appropriate documentation has been received.

As before, although much of the material explaining the named defendants' FOIA responses is currently available, it is impossible to complete the record at this point and to file a comprehensive motion addressing the claims and responding to plaintiff's partial motion for summary judgment. It serves both the interests of the parties and judicial economy to allow defendants to have a reasonable amount of additional time to coordinate responses and provide one set of materials which will allow the Court to resolve this case efficiently. This motion is filed in good faith and the extra time requested will not unfairly prejudice plaintiff; indeed, ATF will release in the near future on a FOIA request which they never received from plaintiff. Once undersigned counsel receives the remainder of the necessary information, she will need some time to complete work on the motion and she will have to work around, among other professional commitments. Undersigned counsel has already prepared portions of the motion that correspond with material received from entities other than ATF and DOI.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated. See Local Civil Rule 7(m).

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for (1) answering or otherwise responding to the complaint, and (2) filing an opposition to plaintiff's motion for partial summary judgment be extended to and including July 7, 2006. A draft order is attached.

Dated: June 6, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR No. 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR No. 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

I hereby certify that I have placed a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME in the first class United States mail, postage paid, marked for delivery to :

>   **BILLY GENE HARRIS**
>   No. 06244-062
>   Federal Correctional Complex
>   Box 3000 (Medium)
>   Forrest City, Arkansas 72336

on this 6<u>th</u> day of June, 2006.

/s/
JANE M. LYONS, D.C. BAR #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
202/514-7161