UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY GENE HARRIS, | ) |
| Plaintiff, | ) |
| | ) Civil Action No.  05-2408 (ESH) |
| v. | ) |
| BUREAU OF INDIAN AFFAIRS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM
IN SUPPORT MOTION FOR ENLARGEMENT OF TIME**

Defendants respectfully supplement the motion for enlargement of time filed yesterday, June 6, 2006, with information which only became available today, June 7, 2006.  During discussions between the Assistant United States Attorney ("AUSA") handling this case and the person at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") concerning the planned release of documents under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), it became apparent that the documents which have now been processed do not relate to the same person who is the plaintiff in this action.  Specifically, based on the discussion on June 6, 2006, the ATF FOIA processor subsequently realized that the documents he was handling were from an investigation of a different kind of offense than the one for which plaintiff has been convicted.  Accordingly, he called the AUSA back on June 7, 2006 to discuss this unusual situation further.

As explained in defendants' previous motion for enlargement of time filed on March 23, 2006, ATF had no record of ever receiving a FOIA request from plaintiff and initiated a search of its records system based solely on plaintiff's name upon being advised of the litigation.

Undersigned counsel is advised that ATF got a single hit in its computerized database when the name "Billy Gene Harris" and, as has now become clear, ATF simply assumed that it was the same person who is the plaintiff in this case. Based on FOIA requests and associated certificates of identity plaintiff provided to other entities involved in this action (but not to ATF), the AUSA provided plaintiff's social security number and date of birth to ATF and ATF quickly confirmed not only that the records they have been processing are not connected with plaintiff but also that the ATF has no records associated with the Billy Gene Harris who is the plaintiff in this case. Accordingly, to avoid producing records which would be unresponsive to plaintiff's request for information about himself and violating the rights under the Privacy Act of the other Billy Gene Harris who is not involved in this case, ATF will not be making any release to plaintiff.

In light of these unexpected developments, it should not take ATF as long to provide a declaration to support its search efforts as it would have to produce a <u>Vaughn</u> index; however, undersigned counsel still requests the time be extended as set forth in defendants' motion because there remain some issues to be resolved with other agencies and the motion needs to be completed. If undersigned counsel is able to file the motion before the July 7, 2006 deadline requested, she will endeavor to do so. Certainly ATF's attempt to do a good deed in this litigation by processing records without ever receiving a FOIA request should not be punished.

Dated: June 7, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR No. 451058
United States Attorney

-2-

                RUDOLPH CONTRERAS, D.C. Bar No. 434122
                Assistant United States Attorney

                /s/_____
                JANE M. LYONS, D.C. BAR No. 451737
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W. - Room E4822
                Washington, D.C.  20530
                (202) 514-7161

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME in the first class United States mail, postage paid, marked for delivery to :

> **BILLY GENE HARRIS**
> No. 06244-062
> Federal Correctional Complex
> Box 3000 (Medium)
> Forrest City, Arkansas 72336

on this 7th day of June, 2006.

/s/
JANE M. LYONS, D.C. BAR #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
202/514-7161