RECEIVED
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 15, 06

Clerks Office
U.S. District Court
333 Constitution Ave N.W.
Washington D.C.
20001

Sir

I'm writing in regards to Defendants 4th extension of time on case number 1:05-CV-2408. ESH

How many extensions can the Defendant get?

They have had since May 1989, to obtain the information I asked for.

Is there something I can file to stop these extensions?

Bill Harris
06244-062
BOX 3000 - Medium
Forest City, AR
72336