UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY GENE HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF INDIAN AFFAIRS, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-2408 (ESH) |

## **DEFENDANTS' NOTICE OF BULKY EXHIBITS**

The declarations supporting Defendants' Motion for Summary Judgment are quite bulky and are being maintained in the Clerk's Office on a CD-Rom. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday beginning on July 10, 2006. These declarations are:

1. Second Declaration of Averill P. Graham, Bureau of Alcohol, Tobacco, and Firearms, and Explosives;

2. John F. Boseker, Executive Office for United States Attorneys;

3. David M. Hardy, Federal Bureau of Investigation;

4. Charles R. Hurlburt, United States Department of Interior;

5. William E. Bordley, United States Marshals Service;

6. Kathy Hsu, United States Department of Justice's Criminal Division;

7. Jeffrey O'Dell of the Bureau of Indian Affairs;

8. Annette Jenkins of the Bureau of Indian Affairs; and

9. Wilson J. Moorer, Bureau of Prisons.

Paper copies of the declarations were served by mail on plaintiff on July 7, 2006. A courtesy copy of both paper copies and the CD-Rom are being delivered to Chambers on July 10, 2006.

Dated: July 7, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161