

# United States Department of the Interior

OFFICE OF THE SOLICITOR
Tulsa Field Solicitor's Office
7906 East 33rd Street, Suite 100
Tulsa, OK 74145
(918) 669-7730
TELEFAX (918) 669-7736

July 6, 2006

Jane Lyons
Assistant United States Attorney
Judiciary Center
Civil Division
555 Fourth St. N.W.
Washington, D.C. 20530

    Re:   *Harris v. BIA, et al.*, No. 1:05CV0240B (D.C. Dist.)

Dear Ms. Lyons:

The purpose of this letter is to advise you that I and the Acting Superintendent, Osage Agency, Bureau of Indian Affairs, have reviewed the referral of the Federal Bureau of Investigation to the Bureau of Indian Affairs of a document which may be responsive to the FOIA request of the plaintiff, Billy Gene Harris. The FBI referred the document to the Bureau of Indian Affairs because it believed that it might be responsive and because it wished the BIA concurrence on the release. That document is a letter dated February 28, 1989, from Jack Shoemate, Superintendent, Osage Agency, BIA to the FBI in Tulsa, Oklahoma. A copy of the letter is attached. The Osage Agency and this office do not believe that any privacy concerns are implicated in the release of the letter. Therefore, neither the Osage Agency, BIA, nor this office have any objections to the release of the document in connection with either the FOIA request or in the referenced litigation.

Please advise me if you have any questions.

                                         Sincerely,

                                         Alan R. Woodcock
                                         Field Solicitor



EXHIBIT A



ADDRESS: SUPERINTENDENT ONLY

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
OSAGE AGENCY
PAWHUSKA, OKLAHOMA
74056

FEB 28 1989

Federal Bureau of Investigation
Attention: Officer In Charge
440 South Houston
Tulsa, Oklahoma 74127

Dear Sir:

My office was contacted today by Joe Cheshewalla, son of Joseph E. and Gloria Maude Cheshewalla. He would like to know if it is possible to obtain a listing from you of the personal items taken from the house in the course of your ongoing investigation.

Mrs. Cheshewalla was the Curator of the Osage Tribal Museum at the time of her demise and there were items which she had in her possession that are sorely needed by the Museum Staff in order to complete certain work that was ongoing. Items such as a banner for which the people have made inquiry as to its whereabouts and whether or not they can expect receipt of the banner in the time originally agreed upon. We are in the process of changing all the locks on the Museum and we need to locate keys not only to the exterior, but to the interior as well. This includes file drawers and things of that nature.

If you can be of assistance to us in this matter we would sincerely appreciate it.

Sincerely,

Jess Shoemate
Superintendent

received in mail on
3-29-89. Letter had been
mis directed.
Jw

Duplicate Copy Forwarded
to Tulsa RA on 4/25/89.

198A-426
SEARCHED____ INDEXED____
SERIALIZED____ FILED____
MAR 29 1989
FBI - OKLAHOMA CITY
Columbo

198A-426-37

Harris-74

TOTAL P.02