UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY GENE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-2408 (ESH) |
| | ) |
| BUREAU OF INDIAN AFFAIRS *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

In this action filed under the Freedom of Information Act, 5 U.S.C. § 552, plaintiff moves for partial summary judgment on the issue of exhaustion of administrative remedies. The exhaustion of administrative remedies is not at issue.  *See* Defendants' Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment at 29.  Accordingly, it is

ORDERED that plaintiff's motion for partial summary judgment [Dkt. No. 12] is DENIED as moot.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 10, 2006