**FILED**
AUG 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be filed 8/8/06

8-2-06
CA. 05-2408

Judge Ellen Segal Huvelle

I filed a Civil Action # 1:05CV02408 Asking the B.I.A. there in Washington, for information on who had (jurisdiction) over SW¼-27-25-8, Osage County, Pawhuska OK. in 1989. There 5th extention ran out July 7, 06.

I wrote the D.A. there telling him I recieved no response, and he hasn't responded to my litter.

I would appreciate it if you could help me on this matter.

Bill Harris 06244-062
BOX 3000 - Medium
Federal Correctional Complex
Forest City AR.
72336

SW¼-27-25-8
Osage County
Pawhuska, OK.
Surplus Allotment Land.

According to the Oklahoma Historical Society there was no "Indian title" on SW¼-27-25-8 in 1989.

According to the Affidavit of personal knowledge made by Royal Thornton, 7-16-97 allottee #246 died (testate) on November 24, 1920, and on Dec 17 1926 vested title to the SW¼-27-25-8 in her nieces and nephews in accordance with the terms of her will.

The will says the land she inherited from her late husband allottee #245 be (sold) and the proceeds divided between her nieces, and nephews. SW¼-27-25-8 was part of this land.

The Abstract title to SW¼-27-25-8 says the same thing as the will.

The Affidavit of personal knowledge is a fraudulent statement.