9-3-06

U.S. District Court
for the District of Columbia
Chambers of Ellen Segal Huvelle
333 Constitution Ave N.W.
Washington D.C.
20001

Let this be filed 9/11 ESH

Judge Huvelle

Once again im writing to let you know that the B.I.A. has not responded to my civil action case 1:05-cv-2408.

I still need to know who had jurisdiction over SW 7-27-25-8, Osage County, Pawhuska Okla in 1989, as stated in my civil action.

All ive received so far is a (fraudulent) affidavit of personal knowledge.

I would appreciate any help you can give me on this matter.

Thanks

Bill Harris 06744-062
Box 3000, Medium
Forrest City AR.
72336