UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLY GENE HARRIS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2408 (ESH) |
| **BUREAU OF INDIAN AFFAIRS,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 19] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

                                                   s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge

Dated: September 14, 2006